# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHANJERINE HARRIS, individually and
on behalf of all others similarly situated**                                                    **PLAINTIFF**

v.                              Case No. 4:21-cv-00640 KGB

**AMPLER BURGERS OHIO LLC**                                                                      **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 6). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

It is so ordered this 6th day of January, 2022.

_____
Kristine G. Baker
United States District Judge